```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


ELIZABETH H. BALTIMORE,           :
                                  :
         Plaintiff,               :
                                  :
    v.                            :   Civil Action No. 05-1748 (JR)
                                  :
ANDREW S. NATSIOS,                :
Administrator, U.S. Agency for    :
International Development,        :
                                  :
         Defendant.               :
```

### NOTICE

The plaintiff will **TAKE NOTICE** that this action will be dismissed without prejudice pursuant to Fed.R.Civ.P 4(m) on February 28, 2006, unless a waiver of service (Fed.R.Civ.P. 4(d)) or proof of service (Fed.R.Civ.P. 4(l)) has been filed before then, or unless the Court finds good cause to extend the time for service.


                                       JAMES ROBERTSON
                                  United States District Judge