UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH H. BALTIMORE            :        February 28, 2006
8720 Cross Chase Circle           :
Fairfax Station, Va. 22039        :
Telephone No. (703) 690-9391      :
                                  :                         :
    Plaintiff,                    :
                                  :
v.                                :        Civil Action No. 05-1748 (JR)
                                  :
ANDREW S. NATSIOS                 :
Administrator, U.S. Agency for    :
International Development (USAID) :

**Request for Extension of Proof of Service of Summons**

The plaintiff prays that the court will please accept her apology and appreciation for its indulgence and patience as she struggles to process her complaint pro se as timely as possible. In accordance with Fed.R. Civ.P 4(m), Plaintiff is requesting your consideration to extend the final proof service of summons to the defendant for a few more days. *Plaintiff's final date for proof of service to the court requested date would be next Friday, March 10, 2006.* This would allow the plaintiff time to:

1) Incorporate additional factual information that is crucial involved in this civil case.
2) Plaintiff understands the summons must include the head of the Agency's name in his official capacity. Mr. Andrew S. Natsios recently left the agency.

Plaintiff, husband, grandchildren and family have suffered tremendous hardship in the past months. This situation has caused an increase in the severity of plaintiff and her husband's medical conditions. Plaintiff's has been under the care of several doctors to help with her medical condition. The financial difficulty we faced was to the point were we would be homeless, after 30 years of working hard to provide a home for the family.

*Elizabeth H. Baltimore*
Elizabeth H. Baltimore
8720 Cross Chase Circle
Fairfax Station, Va. 22039
Telephone No. (703) 690-9391

RECEIVED
FEB 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT