```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

ELIZABETH H. BALTIMORE,              :
                                     :
       Plaintiff,                   :
                                     :
  v.                                 : Civil Action No. 05-1748 (JR)
                                     :
ANDREW S. NATSIOS,                   :
Administrator, U.S. Agency for       :
International Development,           :
                                     :
       Defendant.                   :

### ORDER

Plaintiff's "request for extension of proof of service of summons" [3] will be **granted**. Plaintiff may have an additional 30 days, to and including March 28, 2006, within which to serve the defendant and file proof of service. If plaintiff is uncertain about the meaning of her obligation to effect service and to file proof of service, she is referred to Rule 4 of the Federal Rules of Civil Procedure, and particularly to Rule 4(i).


                                        JAMES ROBERTSON
                            United States District Judge