UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH H. BALTIMORE                :        March 30, 2006
8720 Cross Chase Circle               :
Fairfax Station, Va. 22039            :
Telephone No. (703) 690-9391          :
                                      :                     :
        Plaintiff,                    :
                                      :
        v.                            :        Civil Action No. 05-1748 (JR)
                                      :
ANDREW S. NATSIOS (No longer in Position)     :
Administrator, U.S. Agency for        :
International Development (USAID)     :

### Final Request for Extension of Proof of Service of Summons

Plaintiff thanks the court for its patience and <u>does not</u> plan to ask the court's perpetual indulgence. Plaintiff prays that the court will accept her apology and appreciation. In accordance with Fed.R. Civ.P 4(m), Plaintiff requests your consideration to grant one final extension for service of summons to the defendant with return receipt to the court by May 1, 2006. *Plaintiff believes submitting the summons at this point would hinder justice. Plaintiff believes an objective and fair perspective for a timely resolution would serve justice both for the Plaintiff and USAID with the new Administrator on board. Plaintiff understands the new Administrator, Randall Lee Tobias, is <u>near</u> being confirmed for the head of the agency position.*

*Mr. Tobias has testified and has been confirmed by the Senate Foreign Relations Committee, March 7, 2006. Plaintiff understands that the final confirmation is in its final stages. Plaintiff believes since the agency is near having a permanent Administrator, it would be in the plaintiff's and agency's best interest to wait a few more days for a permanent Administrator. Plaintiff apologizes, but she thought this confirmation would have been completed sooner.*

*This is important to Plaintiff having spent 30+ years as a faithful, hardworking federal employee, with proven stellar service. If the court does not agree with Plaintiff's final request for the extension to May 1, 2006, plaintiff asks the court to please notify and allow her adequate time for one last chance to submit her amended complaint listing the current Acting Administrator's name and serve the Agency (defendant) the summons.*

Elizabeth H. Baltimore
8720 Cross Chase Circle
Fairfax Station, Va. 22039
Telephone No. (703) 690-9391