**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELIZABETH H. BALTIMORE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-1748 (JR) |
| : | |
| ANDREW S. NATSIOS, : | |
| Administrator, U.S. Agency for : | |
| International Development, : | |
| : | |
| Defendant. : | |

### ORDER

Upon a review of the docket, no proof of service having been filed within a time permitted by Rule 4 of the Federal Rules of Civil Procedure, as extended by this Court's order of March 31, 2006, it is **ORDERED** that this case is dismissed.

JAMES ROBERTSON
United States District Judge